Danielle Fortenberry
Leo Chase
Michael Chase
Elizabeth Chase
Eibhleann Chase

Civil Action
NO. 446

FILED
IN C...
...17...
U.S....

V

DCF of Fall River
Jessica Arujo
Patrick Meyers
Amy Thibideau

# Complaint

1. Leo Chase, Danielle Fortenberry, Michael Chase, Elizabeth Chase, Eibhleann Chase is a resident of Fall River, Bristol, Massachusetts, and a ciziten of the United States.

2. The defendants are a resident of Massachusetts and are a citizen of the United States.

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332

## Facts

On July of 2010 the discrimination started from the department. they wouldn't leave because of Danielle Fortenberry's heart condition. They were warned and they left. Continuing forward multiple reports were →

(1)

Made against us time and again for ridiculus and unfounded reasons. Once it got to Amy Thibideau the harrasment and discrimination really started. Claims of the house being deplorable, and the children filthy, and because of the mothers disability and sons disability were the reasons why they were in our life. Continuing into court giving us phsychological Evalutions that said that we were of sound mind. The department said we were "crazy" and that there was something wrong with us because of the house being in such a bad condition. All of which were lies and we documented such lies with photo evidence. They continue to use Danielle's heart condition against her even though her cardiologist and phychiatrist say she does not need help because of her condition, and her condition doesn't stop her from taking care of the house and children. They also use the children's disabilities as another reason to keep them. They are going forward using all these reasons and lies to take away our children permenently.

We are looking for the injustice to stop. We want the department to give our children back. According to the ADA they are supposed to have provided us services. They only give us ones to make us look bad. So we are saying give us the services if we really need any.

We are looking for compensation for every family member. This is for our pain and suffering for no reason other than wanting to misstreat us simply because of our disabilities. We all want to be back together even the children say so.

Wherefore, the Plantiffs demands Judgement against the defendants for damages and such other relief as this court deems just.

The plaintiffs demands trial by jury.

Leo R. Chase
Leo R. Chase

Danielle M. Fortenberry
59 Wooley St
Apt 1
Fall River MA
02724
7749555470