UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**DANIELLE FORTENBERRY, ET AL.,**

    **Plaintiffs,**

    v.                                  Civil Action No. 16-11683-IT

**DEPARTMENT OF CHILDREN
AND FAMILIES, ET AL.,**

    **Defendants.**

**ORDER FOR DISMISSAL**

August 30, 2016

**TALWANI, D.J.**

    In accordance with the Memorandum and Order [#6] directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

                                            By the Court,

                                            /s/ Gail MacDonald
                                            Deputy Clerk